

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00708-CV

**IN THE ESTATE OF** Marilyn Frances **MARTINEZ**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2021PC0540
Honorable Sandee Bryan Marion, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's "Order of Declaratory Judgment Construing the Will" dated August 18, 2022 is AFFIRMED.

We ORDER appellee Desiray Ewers shall recover her costs incurred in this court from appellant Clifton Ewers.

SIGNED February 21, 2024.

Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.